# IN THE MISSOURI COURT OF APPEALS
## MARCH 25, 2014
## WESTERN DISTRICT


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b) AND ISSUED PER CURIAM**

-------------------------------------------------------------------------------------------------

WD76117     Prentiss R. Fulton, Jr. vs. State of Missouri

WD76504     Charles Homan vs. State of Missouri


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b) AND ISSUED PER CURIAM**

-------------------------------------------------------------------------------------------------

WD75751     State of Missouri vs. Anthony C. Britton

WD76019     State of Missouri vs. Julie Laux